**Opal McCullough GLANDT, Plaintiff-Appellant,**

v.

**Godfrey PADBERG, etc., et al., Defendants-Respondents.**

No. 44117.

Missouri Court of Appeals, Eastern District, Division One.

Feb. 1, 1983.

Motion for Rehearing/Transfer to Supreme Court Denied March 17, 1983.

Application to Transfer Denied April 26, 1983.

Robert W. Henry, Mark R. Henry, Clayton, for plaintiff-appellant.

Charles L. Merz, St. Louis, for defendants-respondents.

## ORDER

PER CURIAM:

Plaintiff, who sought to establish an oral contract to make a will appeals from the judgment of the trial court that declared that plaintiff had not met her burden of proof.

The judgment of the trial court is affirmed. Rule 84.16(b).